UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA – NORTHERN DIVISION

FILE NO. 2:18-MJ-1078-BO

UNITED STATES OF AMERICA

    Vs.                                                         ORDER

KENNETH POWER

    UPON MOTION of the defendant and for good cause shown, the defendant's Motion for Return of his License is hereby granted and the Clerk is directed to mail the defendant's license to him at 4332 South Hammerhead Drive, Nags Head, NC 27959.

    SO ORDERED.

This the _____ day of __October__, 2018

                                                                                           _____
                                                                                           United States District Court Judge